[No. 5925–1–III.  Division Three.  January 4, 1984.]

*In the Matter of the Personal Restraint of*
FRANK CHRISTOPHER BAKER, *Petitioner.*

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 5878–2–II.  Division Two.  January 5, 1984.]

THE CITY OF OLYMPIA, *Respondent,* v. EVERGREEN PARK, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 80–2–00556–9, Orris L. Hamilton, J. Pro Tem., entered September 22, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 5368–3–II.  Division Two.  January 5, 1984.]

ALBERT ROY THALMAN, *Appellant,* v. CARGILL MACMILLAN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 292447, James V. Ramsdell, J., entered February 13, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6098–1–II.  Division Two.  January 5, 1984.]

THE DEPARTMENT OF REVENUE, *Appellant,* v. DEACONESS HOSPITAL, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 80–2–01229–8, Gerry L. Alexander, J., entered December 30, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Petrie, J.